UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Alejandro BAUTISTA MARTINEZ, | Case No.: 25-cv-3695-AGS-BJW |
|---|---|
| Petitioner, | **ORDER GRANTING WRIT OF HABEAS CORPUS (ECF 1) AND DENYING MOTION FOR TEMPORARY RESTRAINING ORDER AS MOOT (ECF 2)** |
| v. | |
| Kristi NOEM, et al., | |
| Respondents. | |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondents recently acknowledged that petitioner "is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." (ECF 15, at 2.) The Court agrees. Accordingly, the habeas application is **GRANTED**. The motion for temporary restraining order (ECF 2) is **DENIED** as moot.

All pending deadlines and hearings before this Court are vacated. Respondents must provide petitioner with a bond hearing before an immigration judge by **January 16, 2026**.

Dated: January 3, 2026

Hon. Andrew G. Schopler
United States District Judge